UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-SEITZ(S)(S)(S) |
| *Plaintiff,* | CASE NO. 99-583 |
| v. | **DEFENDANT'S MOTION TO DISMISS COUNT 1 AS DUPLICITOUS AND FOR A SEVERANCE OF COUNTS** |
| RICHARD MARTINEZ, *et al.,* | |
| *Defendants.* | |

The defendant, RICHARD MARTINEZ, through undersigned counsel, respectfully moves this Court, pursuant to Rules 8(a) and 8(b) of the Federal Rules of Criminal Procedure, for the dismissal of Count 1 of the Indictment as duplicitous and for a severance of counts. In support of this motion, the defendant states the following:

1. Count 1 improperly seeks to charge otherwise disparate and unconnected multiple conspiracies in a single count and, therefore, is duplicitous and should be dismissed.

2. The remaining charges in the Indictment are misjoined. The money laundering allegations in Count 2 are misjoined with both Count 1 and the substantive obstruction-related counts. In addition, Mr. Martinez' alleged acts of obstruction in Counts 6 and 14 are misjoined with the unrelated acts of obstruction-related conduct alleged against his co-defendants, as well as their alleged acts of money laundering.

WHEREFORE, The Court must dismiss Count 1 and sever all misjoined counts as to Mr. Martinez.

Respectfully submitted,

*[signature]*

JOSE M. QUIÑON
(Fla. Bar No. 201944)
JOSE M. QUIÑON, P.A.
2400 South Dixie Highway
Second Floor
Miami, FL 33133
Telephone: (305) 858-5700


G. RICHARD STRAFER
(Fla. Bar No. 389935)
G. RICHARD STRAFER, P.A.
2400 South Dixie Highway
Second Floor
Miami, FL 33133
Telephone: (305) 857-9090
[OF COUNSEL]

2

LAW OFFICES JOSE M. QUIÑON, P.A., 2400 S. DIXIE HIGHWAY, SUITE 200, MIAMI, FL 33133 • TEL. (305) 858-5700 • FAX (305) 854-2103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 31st day of March 2000 to:

AUSA Michael Patrick Sullivan, Esq.
AUSA Michael S. Davis, Esq.
Office of the U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132
(Counsel for the Government)

Roy Black, Esq.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33133
(Counsel for Defendant Magluta)

Stephen J. Bronis, Esq.
Zuckerman, Spaeder, et al.
201 S. Biscayne Blvd., Suite 900
Miami, Florida 33131
(Counsel for Defendant Dachs)

Louis Michael Jepeway, Jr., Esq.
Jepeway & Jepeway
119 W. Flagler Street, Suite 407
Miami, Florida 33130
(Counsel for Defendant Passapera)

Richard J. Diaz, Esq.
2701 S.W. 3rd Ave.
Miami, Florida 33129-2335
(Counsel for Defendant Vega)

Abe Bailey, Esq.
18350 N.W. 2nd Ave.
Miami, Florida 33169
(Counsel for Defendant Hernandez)

Mauricio Aldazabal, Esq.
2655 LeJeune Road, Suite 1001
Coral Gables, Florida 33134
(Counsel for Defendant Arisso)

Vincent J. Flynn, Esq.
1221 Brickell Ave., Suite 1020
Miami, Florida 33131
(Counsel for Defendant Lezcano)

Richard A. Sharpstein, Esq.
Sharpstein & Sharpstein
201 S. Biscayne Blvd., Suite 1710
Miami, Florida 33131
(Co-counsel for Defendant Lezcano)

Ruben Maurice Garcia, Esq.
1209 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316-1905
(Counsel for Defendant Silva)

John Bergendahl, Esq.
701 Brickell Ave., Suite 2080
Miami, Florida 33131
(Counsel for Defendant Valverde)

Kenneth J. Kukec, Esq.
One Biscayne Tower #2600
Miami, Florida 33131
(Counsel for Defendant Falcon)

LAW OFFICES JOSE M. QUIÑON, P.A., 2400 S. DIXIE HIGHWAY, SUITE 200, MIAMI, FL 33133 • TEL. (305) 858-5700 • FAX (305) 854-2103

Martin G. Weinberg, Esq.
20 Park Plaza
Suite 905
Boston, Massachusettts  02116
(Counsel for Defendant Magluta)

Leonard Mark Dachs
New World Tower Building
100 Biscayne Boulevard, Suite 100
Miami, Florida  33132

_____
JOSE M. QUIÑON, ESQ.